# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**G & G CLOSED CIRCUIT**
**EVENTS LLC,**

      **Plaintiff,**                    **Case No. 1:23-cv-691**

      v.                               **JUDGE DOUGLAS R. COLE**

**MICHAEL J. MONNIG, et al.,**

      **Defendants.**

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **45 days** and upon good cause shown, reopen the action if settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

      **SO ORDERED.**

May 24, 2024
**DATE**

                                        **DOUGLAS R. COLE**
                                        **UNITED STATES DISTRICT JUDGE**